# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| THE GLYNN ENVIRONMENTAL COALITION, INC. AND CENTER FOR A SUSTAINABLE COAST, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SEA ISLAND ACQUISITION, LLC, <br><br> Defendant. | CIVIL ACTION NO. 2:19-CV-00050-LGW-BWC |

## DEFENDANT'S NOTICE OF INTENT TO FILE A REPLY BRIEF

Sea Island Acquisition, LLC, in accordance with Southern District of Georgia Local Rule 7.6, hereby notifies the Clerk of this Court that it intends to file a reply brief to Plaintiffs' response in opposition to Defendant's motion to dismiss and brief in support. (Doc. 11 and Doc. 6 & 6-1.)

Respectfully submitted this 23rd day of May, 2019.

                                                HALL BOOTH SMITH, P.C.

                                                */s/ James B. Durham*

3528 Darien Highway, Suite 300         JAMES B. DURHAM
Brunswick, Georgia 31525               Georgia Bar No. 235526
Phone: (912) 554-0093                     *Attorney for Defendant*
Fax:    (912) 554-1973                     *Sea Island Acquisition, LLC*
Email: *jdurham@hallboothsmith.com*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Defendant's Notice of Intent to File a Reply Brief** with the Clerk of Court for the United States District Court for the Southern District of Georgia, Brunswick Division, by using the CM/ECF system which will send notification of such electronic filing to the following:

>E. Righton J. Lewis
>BUTLER SNOW, LLP
>1170 Peachtree St. NE, Suite 1900
>Atlanta, Georgia 30309

This 23rd day of May, 2019.

                                              HALL BOOTH SMITH, P.C.

                                              */s/ James B. Durham*

| | |
|---|---|
| 3528 Darien Highway, Suite 300 | JAMES B. DURHAM |
| Brunswick, Georgia 31525 | Georgia Bar No. 235526 |
| Phone: (912) 554-0093 | *Attorney for Defendant* |
| Fax:    (912) 554-1973 | *Sea Island Acquisition, LLC* |
| Email: *jdurham@hallboothsmith.com* | |