**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| THE GLYNN ENVIRONMENTAL COALITION, INC. AND CENTER FOR A SUSTAINABLE COAST, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> SEA ISLAND ACQUISITION, LLC, <br><br>    Defendant. | CIVIL ACTION NO. 2:19-CV-00050-LGW-BWC |

**DEFENDANT'S NOTICE OF INTENT TO FILE A RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY**

Sea Island Acquisition, LLC, in accordance with Southern District of Georgia Local Rule 7.6, hereby notifies the Clerk of this Court that it intends to file a reply brief to Plaintiffs' response in opposition to Defendant's motion to stay discovery. (Doc. 13 and Doc. 10.)

Respectfully submitted this 31st day of May, 2019.

HALL BOOTH SMITH, P.C.

*/s/ James B. Durham*
JAMES B. DURHAM
Georgia Bar No. 235526
*Attorney for Defendant*
*Sea Island Acquisition, LLC*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Phone: (912) 554-0093
Fax:    (912) 554-1973
Email: jdurham@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Defendant's Notice of Intent to File a Response to Plaintiffs' Opposition to Defendant's Motion to Stay Discovery** with the Clerk of Court for the United States District Court for the Southern District of Georgia, Brunswick Division, by using the CM/ECF system which will send notification of such electronic filing to the following:

> E. Righton J. Lewis
> BUTLER SNOW, LLP
> 1170 Peachtree St. NE, Suite 1900
> Atlanta, Georgia 30309

This 31st day of May, 2019.

HALL BOOTH SMITH, P.C.

*/s/ James B. Durham*

3528 Darien Highway, Suite 300  JAMES B. DURHAM
Brunswick, Georgia 31525  Georgia Bar No. 235526
Phone: (912) 554-0093  *Attorney for Defendant*
Fax:   (912) 554-1973  *Sea Island Acquisition, LLC*
Email: *jdurham@hallboothsmith.com*