# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| THE GLYNN ENVIRONMENTAL COALITION, INC., and CENTER FOR A SUSTAINABLE COAST, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SEA ISLAND ACQUISITION, LLC, <br><br> Defendant. | CV 2:19-050 |

### ORDER

The undersigned hereby recuses herself from handling this case. The matter is hereby transferred to Chief Judge Randal Hall for further disposition.

**SO ORDERED**, this 4 day of June, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)