IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THE GLYNN ENVIRONMENTAL COALITION, INC. and CENTER FOR A SUSTAINABLE COAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEA ISLAND ACQUISITION, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 2:19-CV-50 |

**AMENDMENT TO DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY AND DEFENDANT'S MOTION TO STAY DISCOVERY**

Counsel for both parties conducted a 26(f) conference pursuant to the Court's Rule 26(f) Report.  Counsel discussed staying discovery while the Motion to Dismiss was pending and did not agree on the issue. (Doc. 6.)  Plaintiffs do not agree to stay discovery and desire to proceed with discovery, pursuant to the 26(f) Report, which will be submitted by the parties.

Counsel for both parties shall be submitting a 26(f) Report no later than July 2, 2019, pursuant to the Court's scheduling guideline.

As a result of the 26(f) conference having been conducted, Defendant withdraws Section I and II of its Reply to Plaintiffs' Response in Opposition to Defendant's Motion to Stay Discovery. (Doc. 18.)  Defendant further notifies the Court that Plaintiffs oppose Defendant's Motion to Stay.  However, Defendant continues to assert its request to stay discovery pending the resolution of its Motion to Dismiss, as set forth in its Motion to Stay Discovery and Sections

III and IV of Defendant's Reply Brief to Plaintiffs' Response in Opposition to Defendant's Motion to Stay Discovery. (Doc. 10 & Doc. 18.)

Respectfully submitted this 19th day of June, 2019.

HALL BOOTH SMITH, P.C.

| | |
|---|---|
| 3528 Darien Highway, Suite 300 | */s/ James B. Durham* |
| Brunswick, Georgia 31525 | JAMES B. DURHAM |
| Phone: (912) 554-0093 | Georgia Bar No. 235526 |
| Fax:    (912) 554-1973 | *Attorney for Defendant* |
| Email: *jdurham@hallboothsmith.com* | *Sea Island Acquisition, LLC* |

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| THE GLYNN ENVIRONMENTAL COALITION, INC. and CENTER FOR A SUSTAINABLE COAST, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SEA ISLAND ACQUISITION, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 2:19-CV-50 |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the **Amendment to Defendant's Reply to Plaintiffs' Response in Opposition to Defendant's Motion to Stay Discovery and Defendant's Motion to Stay Discovery** upon all parties to this matter by filing said documents with the CM/ECF system which will automatically send electronic notification to the following:

E. Righton J. Lewis
BUTLER SNOW, LLP
1170 Peachtree St. NE, Suite 1900
Atlanta, GA 30309

    Respectfully submitted this 19th day of June, 2019.

HALL BOOTH SMITH, P.C.

*/s/ James B. Durham*
JAMES B. DURHAM
Georgia Bar No. 235526
*Attorney for Defendant*
*Sea Island Acquisition, LLC*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Phone: (912) 554-0093
Fax:     (912) 554-1973
Email: *jdurham@hallboothsmith.com*