FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 9:01 am, May 18, 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| THE GLYNN ENVIRONMENTAL COALITION, INC.; and CENTER FOR A SUSTAINABLE COAST, INC., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:19-cv-50 |
| v. | |
| SEA ISLAND ACQUISITION, LLC, | |
| Defendant. | |

## O R D E R

This matter is before the Court on the parties' Joint Motion to Stay Discovery.   Doc. 28. The parties ask the Court to stay the discovery obligations in this case pending the resolution of Defendant's pending motion to dismiss.   Id. at 4.   Thus, for good cause shown, the Court **GRANTS** the parties' Motion and **STAYS** the Rule 26 obligations in this case, pending resolution of Defendant's motion to dismiss.   This stay will be automatically lifted upon resolution of Defendant's motion to dismiss, should any claims remain pending.   The Court **DIRECTS** the parties to conduct a Rule 26(f) conference within 14 days of the date of said order.   The parties shall file their required Rule 26(f) report within seven days of the conference. Upon receipt of the Rule 26(f) report, the Court will issue a scheduling order

**SO ORDERED**, this 18th day of May, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA