AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THE GLYNN ENVIRONMENTAL COALITION, INC.;
CENTER FOR A SUSTAINABLE COAST, INC.; and
JANE FRASER,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV219-050

SEA ISLAND ACQUISITION, LLC,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 29, 2021, granting Defendant Sea Island Acquisition, LLC's Motion to Dismiss, this case is dismissed and stands closed.



January 29, 2021                     John E. Triplett, Acting Clerk
*Date*                                     *Clerk*

                                                                *(By) Deputy Clerk*