# United States District Court
## Southern District of Georgia

THE GLYNN EVIRONMENTAL COALITION, INC., CENTER FOR A SUSTAINABLE COAST, INC., JANE FRASER,

Plaintiffs,

v.

SEA ISLAND ACQUISITION, LLC,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 219-050

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 1, 2024, the Court grants Defendant Sea Island Acquisition, LLC's Motion to Dismiss. This case stands closed.



March 1, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

Morgan A. Akins
*(By) Deputy Clerk*